IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-621-RJC-DCK

| | |
|---|---|
| INFO-GEL, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| PAUL WILLIAMS, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay" (Document No. 15) filed February 13, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Conrad's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay" (Document No. 15) is **GRANTED**. This case is hereby **STAYED** until **May 14, 2024**.

**IT IS FURTHER ORDERED** that the parties shall file a joint Status Report on or before **May 14, 2024**.

**SO ORDERED**.

Signed: February 14, 2024

David C. Keesler
United States Magistrate Judge