# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO.  3:23-CV-621-RJC-DCK

| | | |
|---|---|---|
| **INFO-GEL, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PAUL WILLIAMS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   **THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the parties' "Joint Status Report" (Document No. 19) filed May 14, 2024.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

   Having carefully considered the parties' joint filing and the record, the undersigned will extend the stay of this case.  However, further extensions are unlikely to be allowed.

   **IT IS, THEREFORE, ORDERED** that this matter is **STAYED** until **June 3, 2024**.

   **IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report or a Notice Of Settlement on or before **June 3, 2024**.

   **SO ORDERED**.

Signed: May 14, 2024

David C. Keesler
United States Magistrate Judge