# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-621-RJC-DCK

| | |
|---|---|
| **INFO-GEL, LLC,** | )<br>) |
|     **Plaintiff,** | )    **ORDER**<br>) |
| **v.** | )<br>) |
| **PAUL WILLIAMS,** | )<br>) |
|     **Defendant.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** regarding the parties' "Joint Status Report And Joint Motion To Extend Stay" (Document No. 21) filed June 3, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the parties' joint filing and the record, the undersigned will allow the requested relief with modification. Barring extraordinary circumstances, further extensions of the stay will not be allowed.

The parties reported on May 14, 2024, that they "have reached an agreement in principle" and requested a stay of twenty (20) days. (Document No. 19). The Court promptly granted the parties' *second* request for a stay, and advised that "further extensions are unlikely to be allowed." (Document No. 20); see also (Document No. 16).

Now, the parties seek an extension of forty-five (45) days "to complete forensic analysis and finalize settlement negotiations." (Document No. 21). The parties fail to provide an adequate explanation for why they need a continued stay that is more than double the time they requested on May 14, 2024. Id.

**IT IS, THEREFORE, ORDERED** that this matter is **STAYED** until **July 3, 2024**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement on or before **July 3, 2024**. In the alternative, the parties should promptly pursue discovery – the current discovery deadline is **August 26, 2024**.

**SO ORDERED**.

_____
David C. Keesler
United States Magistrate Judge