IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-621-RJC-DCK

| INFO-GEL, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| PAUL WILLIAMS, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Modify The Case Management Plan" (Document No. 23) filed July 15, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion with modification.

The undersigned notes that the Court issued a "Pretrial Order And Case Management Plan" (Document No. 14) on January 5, 2024. Since then, this case has been stayed based on the parties' assertion that they were engaging in early settlement discussions, and the stay was extended based on reports that that settlement discussions resulted in an agreement. See (Document Nos. 15, 19, and 21). By the instant motion, Plaintiff now reports that settlement efforts reached an impasse and that the case requires revised deadlines. (Document No. 23).

Defendant's counsel purportedly declined to confer with Plaintiff's counsel regarding the requested relief, and Defendant has failed to file a timely response to the instant motion. See LCvR 7.1(b) and (e).

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Modify The Case Management Plan" (Document No. 23) is **GRANTED with modification**. The case deadlines are revised as follows: fact discovery completion – **December 6, 2024**; expert reports – **January 10, 2025**; all discovery completion – **April 4, 2025**; mediation report – **April 15, 2025**; dispositive motions – **May 2, 2025**; and trial – **September 2, 2025**.

**SO ORDERED**.

Signed: July 31, 2024

*[Signature]*

David C. Keesler
United States Magistrate Judge